UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   REYNOLDS, JASON ERNEST,                     Case No. 6:17-bk-07392-CCJ
                                                     Chapter   13
         Debtor.
_____/

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, Patti W. Halloran, Esquire, of Gibbons │ Neuman, counsel for Gary S. Martinet, IRA, creditor and party in interest, and hereby enters her appearance in the above-styled cause.  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

GIBBONS │ NEUMAN

*/s/ Patti W. Halloran*_____
PATTI W. HALLORAN, ESQUIRE
Florida Bar No. 251135
3321 Henderson Boulevard
Tampa, Florida 33609
(813) 877-9222
(813) 877-9290 facsimile
phalloran@gibblaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Notice of Appearance and Request for Service* was filed electronically with U.S. Bankruptcy court on December 14, 2017; and that copies have been provided by CM/ECF to registered users participating in this case; and provided by first class U.S. Mail, postage prepaid, to:  Jason Ernest Reynolds, PO Box 740506, Orange City, FL 32774; and Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790, on December 14, 2017.

*/s/ Patti W. Halloran*_____