ORDERED.

Dated: July 18, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No.: 6:17-bk-07392-CCJ

JASON EARNEST REYNOLDS,

    Debtor(s).
_____/

## ORDER DISMISSING CASE

THIS CASE came before the court for confirmation on July 10, 2018. The court after reviewing the record and being otherwise advised in the premises, finds that this case cannot be confirmed and should be dismissed. Accordingly it is

ORDERED:

1. This case is dismissed.
2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.
3. The Trustee shall refund all funds on hand, if any, to the Debtor(s) in care of the Debtor(s) attorney, if represented by an attorney.
4. The effective date of this order is delayed fourteen (14) days to permit the Debtor(s) to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

     5.     If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

     6.     All pending hearings are canceled with the exception of any scheduled hearing on a Motion for Relief from Stay or on an Order to Show Cause over which the Court reserves jurisdiction.

     7.     The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

     8.     The Trustee is discharged from any further duties.

Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.